**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Victor Manuel LEYVA–CABRERA, Defendant—Appellant.**

**No. 10–10098.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 5, 2011.

Charles Wood Galbraith, Assistant U.S., Karla Delord, Assistant U.S., Christina Wu, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Adrian Paulino Fontes, Counsel, The Law Offices of Adrian P. Fontes, Phoenix, AZ, for Defendant–Appellant.

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Victor Manuel Leyva–Cabrera appeals from the 46–month sentence imposed fol-

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

lowing his guilty-plea conviction for re-entry of a removed alien, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Leyva–Cabrera contends that the district court erred by failing to consider his request for a downward departure based on cultural assimilation. The record reflects that the district court considered the request but concluded that Leyva–Cabrera's cultural ties to the United States did not justify a downward departure from the Guidelines range. *See United States v. Carty,* 520 F.3d 984, 992–93 (9th Cir.2008) (en banc).

Leyva–Cabrera also contends that the sentence imposed was greater than necessary to accomplish the statutory purposes of sentencing. The record reflects that the court carefully considered the 18 U.S.C. § 3553(a) sentencing factors, particularly the need to afford adequate deterrence and to protect the public, before concluding that the circumstances were insufficient to warrant a sentence below the advisory Guidelines range. Leyva–Cabrera's sentence at the bottom of the Guidelines range is substantively reasonable under the totality of the circumstances and in light of the sentencing factors set forth in 18 U.S.C. § 3553(a). *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).